Claims denied.  *Mr. Fred W. Shields* for petitioner.  *Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States.

No. 471.  RATHJEN BROTHERS *v.* UNITED STATES.  December 13, 1943.  Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied.  *Mr. George R. Tuttle* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Rao,* and *Mr. John R. Benney* for the United States.

No. 478.  FIDES, A. G., *v.* COMMISSIONER OF INTERNAL REVENUE.  December 13, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. Lawrence R. Condon* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 481.  SAFEWAY STORES, INC. *v.* BOWLES, PRICE ADMINISTRATOR.  December 13, 1943.  Petition for writ of certiorari to the United States Emergency Court of Appeals denied.  *Messrs. Elisha Hanson* and *Eliot C. Lovett* for petitioner.  *Solicitor General Fahy* for respondent.

No. 484.  STANZIALE *v.* PAULLIN, COMMANDING OFFICER.  December 13, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. George R. Sommer* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for respondent.